Former decision, 559 U.S. 1101, 130 S. Ct. 2378, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3663.

---

**No. 09-1016. Antonio C. Simonelli, Petitioner v. University of California at Berkeley, et al.**

561 U.S. 1020, 130 S. Ct. 3496, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5245.

June 21, 2010. Petition for rehearing denied. Justice Breyer took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 1102, 130 S. Ct. 2378, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3608.

---

**No. D-2464. In the Matter of Disbarment of Manny M. Aragon.**

561 U.S. 1003, 130 S. Ct. 3496, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5250.

June 21, 2010. Disbarment entered.

Former order, 559 U.S. 968, 130 S. Ct. 1734, 176 L. Ed. 2d 208, 2010 U.S. LEXIS 1968.

---

**No. D-2470. In the Matter of Discipline of Timothy John Martin.**

561 U.S. 1003, 130 S. Ct. 3496, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5235.

June 21, 2010. Timothy John Martin, of Lakewood, Colorado, is suspended from the practice of law in this Court, and a

rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2471. In the Matter of Discipline of John L. Isaac.**

561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5211.

June 21, 2010. John L. Isaac, of Parker, Colorado, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2472. In the Matter of Discipline of Steven Jay Rozan.**

561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5192.

June 21, 2010. Steven Jay Rozan, of Houston, Texas, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.